AUTUMN M. ELLIOTT, CSB No. 230043
autumn.elliott@disabilityrightsca.org
NAVNEET K. GREWAL, CSB No. 251930
navneet.grewal@disabilityrightsca.org
AISHA C. NOVASKY, CSB No. 328120
aisha.novasky@disabilityrightsca.org
**DISABILITY RIGHTS CALIFORNIA**
350 South Bixel Street, Suite 290
Los Angeles, CA  90017
Tel: (213) 213-8000
Fax: (213) 213-8001

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA HAYER,<br><br>            Plaintiff,<br><br>      vs.<br><br>ALEX LIVERANT, and DOES 1 through 20, inclusive;<br><br>            Defendant. | Case No.: 3:22-cv-5420-VC<br><br>**JOINT STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE AND CONSENT TO FULL MAGISTRATE JUDGE JURISDICTION TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND [PROPOSED] ORDER**<br><br>Judge:  Hon. Vince Chhabria<br><br>Action Filed:  9/22/2022<br>Trial Date:     4/29/2024 |

Plaintiff Julia Hayer filed this action alleging that Defendant Alex Liverant violated the Fair Housing Act and related state laws, operated his properties negligently, and intentionally inflicted emotional distress. Defendant Alex Liverant denies each of these allegations.

After vigorously litigating the lawsuit, the parties have engaged in a good faith, arm's length negotiation and executed a Settlement Agreement, have reached an agreement, and stipulate to resolution of all the claims in the above-captioned action.

Now, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Julia Hayer and Defendant Alex Liverant, the parties, jointly and respectfully request that the District Court so-order the agreement, dismiss the claims in this action, and transfer the case to Chief Magistrate Judge Donna M. Ryu to retain jurisdiction for three years to enforce the terms of the Settlement Agreement, which is to be lodged with the Court.

DISABILITY RIGHTS CALIFORNIA

DATED: 4/12/2024

/s/
Autumn M. Elliott
Navneet K. Grewal
Aisha C. Novasky
Attorneys for Plaintiff

LAW OFFICE OF DENNIS C. HYDE

DATED: 4/12/2024

/s/
Dennis C. Hyde
Attorney for Defendant

VII & IX, A PROFESSIONAL LAW CORP.

DATED: 4/12/2024

/s/
Heather Borlase
Attorney for Defendant

BAYER LAW & MEDIATION

DATED: 4/12/2024

/s/
Alan Bayer
Attorney for Defendant

## L. R. 5-1(H)(3) ATTESTATION

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**[PROPOSED] ORDER**

The parties executed a Settlement Agreement on April 11, 2024. The Settlement Agreement resolves all the claims presented in the complaint. The settlement includes payments for damages, attorneys' fees and costs, and requires training for Defendant on the laws for disability and accommodations in housing, and the adoption of a policy by Defendant pertaining to reasonable accommodations. The Settlement Agreement also grants Plaintiff's reasonable accommodation request to keep an assistance animal.

The parties having stipulated and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED, and the Court transfers the case to Chief Magistrate Judge Donna M. Ryu to retain jurisdiction for three years to enforce the Settlement Agreement signed by the parties on April 11, 2024 and lodged with the Court. At the conclusion of the three-year period, the actions will be deemed dismissed with PREJUDICE.

**IT IS SO ORDERED.**

DATED: _____, 2024                    _____
                                              **HON. VINCE CHHABRIA**
                                              **United States District Court**