AUTUMN M. ELLIOTT, CSB No. 230043
autumn.elliott@disabilityrightsca.org
NAVNEET K. GREWAL, CSB No. 251930
navneet.grewal@disabilityrightsca.org
AISHA C. NOVASKY, CSB 328120
aisha.novasky@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA  90017
Tel:     (213) 213-8000
Fax:    (213) 213-8001

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA HAYER,<br><br>      Plaintiff,<br><br>vs.<br><br>ALEX LIVERANT, and DOES 1 through 20, inclusive;<br><br>      Defendant. | Case No.:3:22-cv-5420<br><br>**NOTICE OF LODGING SETTLEMENT AGREEMENT**<br><br>Judge: Hon. Vince Chhabria<br><br>Action Filed: 09/22/2022<br>Trial Date: 02/05/2024 |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Julia Hayer lodges the fully executed settlement agreement referenced in the Joint Stipulation for Entry of Dismissal with Prejudice and Consent to Full Magistrate Judge Jurisdiction to Retain Jurisdiction to Enforce Settlement Agreement and [Proposed] Order (Dkt. No. 200) with the court, on this day, April 15, 2024.

DATED: April 15, 2024                          DISABILITY RIGHTS CALIFORNIA

                                               s/
                                               Aisha C. Novasky
                                               Autumn M. Elliott
                                               Navneet K. Grewal
                                               Attorneys for Plaintiff